# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 26, 2016

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 15-1368 | MARIA STAPLETON, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK, An Illinois Non-profit Corporation, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-01873<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The following are before the court:

1. **APPELLANTS' MOTION TO STAY THE MANDATE PENDING THE FILING AND DISPOSITION OF A PETITION FOR A WRIT OF CERTIORARI**, filed on March 31, 2016, by counsel for the appellants.

2. **PLAINTIFFS-APPELLEES' RESPONSE TO APPELLANTS' MOTION TO STAY THE MANDATE PENDING THE FILING AND DISPOSITION OF A PETITION FOR A WRIT OF CERTIORARI**, filed on April 14, 2016, by counsel for the appellees.

Case: 1:14-cv-01873 Document #: 103 Filed: 04/26/16 Page 2 of 2 PageID #:1266
Case: 15-1368     Document: 68     Filed: 04/26/2016     Pages: 2

No. 15-1368																		Page 2

3.  **APPELLANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO STAY THE MANDATE PENDING THE FILING AND DISPOSITION OF A PETITION FOR A WRIT OF CERTIORARI**, filed on April 22, 2016, by counsel for the appellants.

**IT IS ORDERED** that the motion is **GRANTED**. The mandate of this court is **STAYED** until the expiration of the time allowed for filing a petition for writ of certiorari. If a timely petition is filed and appellants notify this court in writing, this stay shall remain in force until the conclusion of all proceedings before the Supreme Court of the United States *See* Fed. R. App. P. 41(d)(2).

form name: **c7_Order_3J**(form ID: **177**)