UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIA STAPLETON, et al on behalf of themselves, individually, and on behalf of all others similarly situated, and on behalf of the Advocate Plan,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ADVOCATE HEALTH CARE NETWORK AND SUBSIDIARIES, et al.<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:14-cv-01873<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 8, 2018, ECF No. 146, Plaintiff and Defendants submit this Joint Status Report regarding settlement.

1. **Settlement Term Sheet.** The parties have reached a settlement with the assistance of a private mediator. On January 10, 2018, the parties, through counsel, signed a term sheet incorporating the major terms of the settlement.

2. **Next Steps and Approximate Timeline for Final Disposition.**

    a. The parties anticipate that they will execute a definitive settlement agreement on or before February 2, 2018.

    b. The parties anticipate that Plaintiff will file an unopposed motion and memorandum for preliminary approval of the settlement on or before February 9, 2018.

    c. The parties anticipate that the Court will be able to hold a final hearing on approval of the settlement, after the giving of required notices and affording interested parties an adequate opportunity to respond to the proposed settlement, approximately 110 days after the Court enters an order preliminarily approving the settlement.

1476247

Dated: January 12, 2018

Respectfully submitted,

| | |
|---|---|
| STEPHAN ZOURAS, LLP<br><br>By *s/ James B. Zouras*<br>    James B. Zouras<br>    jzouras@stephanzouras.com<br>    Ryan F. Stephan<br>    rstephan@stephanzouras.com<br>    205 North Michigan Avenue, Suite 2560<br>    Chicago, Illinois 60601<br>    Tel.: 312-233-1550<br>    Fax: 312-233-1560<br>    Attorneys for Plaintiffs | GREENSFELDER, HEMKER & GALE, P.C.<br><br>By *s/ Amy L. Blaisdell*<br>    Amy L. Blaisdell, No. 6276380<br>    apb@greensfelder.com<br>    Daniel J. Schwartz, No. 26202<br>    djs@greensfelder.com<br>    Heather M. Mehta, No. 6308011<br>    hmm@greensfelder.com<br>    10 South Broadway, Suite 2000<br>    St. Louis, Missouri 63102<br>    Telephone: 314-241-9090<br>    Facsimile: 314-345-4792<br>    Attorneys for Defendants |
| KELLER ROHRBACK, L.L.P.<br>    Ron Kilgard<br>    rkilgard@kellerrohrback.com<br>    Christopher Graver<br>    cgraver@kellerrohrback.com<br>    3101 North Central Avenue, Suite 1400<br>    Phoenix, AZ 85012<br>    Tel.: 602-248-0088<br>    Fax: 602-248-2822<br>    Attorneys for Plaintiffs | GREENSFELDER, HEMKER & GALE, P.C.<br>    David B. Goodman, No. 6201242<br>    dbg@greensfelder.com<br>    Courtney Adair, No. 6298188<br>    cadair@greensfelder.com<br>    200 West Madison Street<br>    Suite 3300<br>    Chicago, IL 60606<br>    Telephone: 312-345-5008<br>    Facsimile: 312-241-8624<br>    Attorneys for Defendants |
| COHEN MILSTEIN SELLERS & TOLL, PLLC<br>    Karen L. Handorf<br>    khandorf@cohenmilstein.com<br>    Michelle Yau<br>    myau@cohenmilstein.com<br>    Mary Bortscheller<br>    mbortscheller@cohenmilstein.com<br>    1100 New York Avenue, N.W.<br>    Suite 500, West Tower<br>    Washington, D.C. 20005<br>    Tel.: 202-408-4600<br>    Fax: 202-408-4699<br>    Attorneys for Plaintiffs | |

1477664

| | |
|---|---|
| KELLER ROHRBACK, L.L.P.<br>　Lynn Lincoln Sarko<br>　lsarko@kellerrohrback.com<br>　Erin M. Riley<br>　eriley@kellerrohrback.com<br>　1201 Third Avenue, Suite 3200<br>　Seattle, Washington 98101-3052<br>　Tel.: 206-623-1900<br>　Fax: 206-623-3384<br>　Attorneys for Plaintiffs | |

1477664