# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIA STAPLETON, et al on behalf of themselves, individually, and on behalf of all others similarly situated, and on behalf of the advocate plan,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADVOCATE HEALTH CARE NETWORK AND SUBSIDIARIES, ET AL.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:14-cv-01873 |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Maria Stapleton, Judith Lukas, Sharon Roberts, and Antwain Fox ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between the Parties; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2); (3) approving the form and method of Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, of payment of attorneys' fees and expenses, and of a potential Incentive Award to certain Plaintiffs.

Dated: February 16, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KELLER ROHRBACK, L.L.P.

　　　　　　　　　　　　　　　　　　　　By */s/ Christopher Graver*
　　　　　　　　　　　　　　　　　　　　Ron Kilgard
　　　　　　　　　　　　　　　　　　　　rkilgard@kellerrohrback.com
　　　　　　　　　　　　　　　　　　　　Christopher Graver
　　　　　　　　　　　　　　　　　　　　cgraver@kellerrohrback.com

3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: 602-248-0088
Fax: 602-248-2822

KELLER ROHRBACK, L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Erin M. Riley
eriley@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Tel.: 206-623-1900
Fax: 206-623-3384

COHEN MILSTEIN SELLERS
 & TOLL, PLLC
Karen L. Handorf
khandorf@cohenmilstein.com
Michelle Yau
myau@cohenmilstein.com
Mary J. Bortscheller
mbortscheller@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.: 202-408-4600
Fax: 202-408-4699

STEPHAN ZOURAS, LLP
James B. Zouras
jzouras@stephanzouras.com
Ryan F. Stephan
rstephan@stephanzouras.com
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Tel.: 312-233-1550
Fax: 312-233-1560

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

Dated: February 16, 2018                    */s/ Christopher Graver*
                                                        Christopher Graver