**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIA STAPLETON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:14-cv-01873 |
| v. ) | |
| ) | Hon. Edmond E. Chang |
| ADVOCATE HEALTH CARE NETWORK AND ) | |
| SUBSIDIARIES, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Maria Stapleton, now known as Maria Punda, Judith Lukas, Sharon Roberts, and Antwain[1] Fox ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on February 26, 2018 (Dkt. #159);[2] and (2) granting final certification of the proposed Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(1) and/or 23(b)(2).[3] Defendants do not oppose the relief sought herein.

For the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class, Plaintiffs respectfully request that the Court GRANT the Motion and enter the Proposed Order, filed herewith, concluding this case.

---

[1] Antwain Fox was inadvertently named in the Complaint as "Antoine Fox."
[2] A true copy of the Settlement Agreement is attached to the Memorandum in support hereof as Exhibit A. All references to "Exhibit" or "Ex." are to the exhibits attached to the Memorandum and filed concurrently herewith.
[3] Plaintiffs file the instant Motion contemporaneously with their Motion for Award of Attorneys' Fees and Expenses, and Incentive Awards to the Named Plaintiffs.

1

Dated: May 11, 2018                              Respectfully submitted,

                                                               KELLER ROHRBACK, L.L.P.

By */s/ Christopher Graver*
Ron Kilgard
rkilgard@kellerrohrback.com
Christopher Graver
cgraver@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: 602-248-0088
Fax: 602-248-2822

KELLER ROHRBACK, L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Erin M. Riley
eriley@kellerrohrback.com
Havila C. Unrein
hunrein@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Tel.: 206-623-1900
Fax: 206-623-3384

COHEN MILSTEIN SELLERS
  & TOLL, PLLC
Karen L. Handorf
khandorf@cohenmilstein.com
Michelle Yau
myau@cohenmilstein.com
Mary J. Bortscheller
mbortscheller@cohenmilstein.com
Scott M. Lempert
slempert@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.: 202-408-4600
Fax: 202-408-4699

*Class Counsel*

STEPHAN ZOURAS, LLP
James B. Zouras
jzouras@stephanzouras.com
Ryan F. Stephan
rstephan@stephanzouras.com
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Tel.: 312-233-1550
Fax: 312-233-1560
*Local Counsel*

2

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

Dated: May 11, 2018                    */s/ Christopher Graver*
                                         Christopher Graver

4846-9957-9748, v. 1